SDNY/NYNY
Griesa, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2009

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of December, two thousand and nine.

Before:  John M. Walker, Jr.
  J. Clifford Wallace,*
    *Circuit Judges.*

FILED
DEC -2 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

## ORDER

Docket No.  08-5621-cv (L), 08-5619-cv (con), 08-5620-cv (con), 08-5622-cv (con), 08-5623-cv (con), 08-5624-cv (xap), 08-5626-cv (con), 08-5630-cv (con), 08-5691-cv (con), 08-5692-cv (con), 08-5693-cv (con), 08-5694-cv (con), 08-5695-cv (con), 08-5696-cv (con), 08-5697-cv (con), 08-5698-cv (con), 08-5699-cv (con), 08-5700-cv (con), 08-5701-cv (con), 08-5702-cv (con), 08-5703-cv (con), 08-5705-cv (con), 08-5708-cv (con), 08-5709-cv (con), 08-5710-cv (con), 08-5711-cv (con), 08-5712-cv (con), 08-5713-cv (con), 08-5714-cv (con), 08-5723-cv (con), 08-5726-cv (con), 08-5727-cv (con), 08-5729-cv (con), 08-5730-cv (con), 08-5731-cv (con), 08-5734-cv (con), 08-5735-cv (con), 08-5737-cv (con), 08-5738-cv (con), 08-5740-cv (con), 08-5741-cv (con), 08-5744-cv (con), 08-5746-cv (con), 08-5747-cv (con), 08-5748-cv (con), 08-5749-cv (con), 08-5750-cv (con), 08-5751-cv (con), 08-5753-cv (con), 08-5754-cv (con), 08-5755-cv (con), 08-5756-cv (con), 08-5757-cv (con), 08-5758-cv (con), 08-5759-cv (con), 08-5760-cv (con), 08-5761-cv (con), 08-5762-cv (con), 08-5769-cv (con), 08-5771-cv (con), 08-5774-cv (con), 08-5775-cv (con), 08-5776-cv (con), 08-5778-cv (con), 08-5779-cv (con), 08-5780-cv (con), 08-5782-cv (xap), 08-5783-cv (con), 08-5790-cv (con), 08-5792-cv (con), 08-5793-cv (con), 08-5794-cv (con), 08-5796-cv (con), 08-5799-cv (con), 08-5800-cv (con), 08-5802-cv (con), 08-5803-cv (con), 08-5807-cv (con), 08-5808-cv (con), 08-5811-cv (con), 08-5817-cv (con), 08-5821-cv (con), 08-5825-cv (con), 08-5829-cv (con), 08-5869-cv (con), 08-5870-cv (con), 08-5872-cv (con), 08-5885-cv (con), 08-5910-cv (con), 08-5913-cv (con), 08-5981-cv (con), 08-6133-cv (con), 08-6135-cv (con), 08-6136-cv (xap), 08-6137-cv (con), 08-6138-cv (con), 08-6242-cv (con), 08-6243-cv (con), 08-6249-cv (con), 08-6250-cv (con), 08-6251-cv (con), 08-6252-cv (con), 08-6253-cv (con), 08-6254-cv (con), 08-6255-cv (con), 08-6256-cv (con), 08-6257-cv (con), 08-6260-cv (con), 08-6261-cv (con), 08-6269-cv (con), 08-6270-cv (con), 09-0151-cv (con), 09-0155-cv (con), 09-0158-cv (con), 09-0160-cv (con), 09-0161-cv (con), 09-0163-cv (con), 09-0164-cv (con), 09-0165-cv (con), 09-0525-cv (con), 09-0803-cv (con), 09-0812-cv (con).

CERTIFIED:   DEC - 2 2009

AURELIUS CAPITAL PARTNERS, LP, et al.,

    *Plaintiffs-Appellees,*

v.

THE REPUBLIC OF ARGENTINA,

    *Defendant-Appellant,*

ARAUCA BIT AFJP S.A., et al.,

    *Interested-Non-Party Appellants,*

ADMINISTRACIÓ NACIONAL DE SEGURIDAD SOCIAL,

    *Interesed-Non-Party-Appellant.*

IT IS HEREBY ORDERED that the motion by Aurelius Capital Partners *et al.* to recall the mandate pending the filing of a petition for a *writ of certiorari* is GRANTED.

    FOR THE COURT,
    Catherine O'Hagan Wolfe,
    Clerk

    By: *[signature]*
    Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
    DEPUTY CLERK

**The mandates were issued in the following appeals:**

| USCA Docket Number | District Court Docket Number |
|---|---|
| 08-5621-cv(LEAD) | 07-cv-2715 |
| 08-5619-cv(CON) | 02-cv-4124 |
| 08-5620-cv(CON) | 05-cv-10380 |
| 08-5622-cv(CON) | 03-cv-8845 |
| 08-5623-cv(CON) | 05-cv-2434 |
| 08-5624-cv(XAP) | 07-cv-2715 |
| 08-5626-cv(CON) | 07-cv-11327 |
| 08-5630-cv(CON) | 07-cv-2693 |
| 08-5691-cv(CON) | 07-cv-2693 |
| 08-5692-cv(CON) | 07-cv-2607 |
| 08-5693-cv(CON) | 08-cv-4902 |
| 08-5695-cv(CON) | 08-cv-6625 |
| 08-5696-cv(CON) | 07-cv-6563 |
| 08-5697-cv(CON) | 07-cv-10657 |
| 08-5698-cv(CON) | 07-cv-11382 |
| 08-5699-cv(CON) | 07-cv-1910 |
| 08-5700-cv(CON) | 08-cv-5436 |
| 08-5701-cv(CON) | 08-cv-2541 |
| 08-5702-cv(CON) | 07-cv-7248 |
| 08-5703-cv(CON) | 07-cv-11496 |
| 08-5705-cv(CON) | 07-cv-5593 |
| 08-5708-cv(CON) | 07-cv-10656 |
| 08-5709-cv(CON) | 07-cv-11497 |
| 08-5710-cv(CON) | 07-cv-98 |
| 08-5711-cv(CON) | 07-cv-2788 |
| 08-5712-cv(CON) | 05-cv-10383 |
| 08-5713-cv(CON) | 06-cv-6466 |

| | |
|---|---|
| 08-5714-cv(CON) | 08-cv-440 |
| 08-5723-cv(CON) | 07-cv-11327 |
| 08-5726-cv(CON) | 05-cv-178 |
| 08-5727-cv(CON) | 04-cv-6594 |
| 08-5691-cv(CON) | 07-cv-2693 |
| 08-5692-cv(CON) | 07-cv-2607 |
| 08-5693-cv(CON) | 08-cv-4902 |
| 08-5729-cv(CON) | 03-cv-9538 |
| 08-5730-cv(CON) | 04-cv-3313 |
| 08-5731-cv(CON) | 03-cv-4693 |
| 08-5734-cv(CON) | 03-cv-8120 |
| 08-5735-cv(CON) | 05-cv-2521 |
| 08-5737-cv(CON) | 05-cv-177 |
| 08-5738-cv(CON) | 05-cv-6599 |
| 08-5740-cv(CON) | 05-cv-10382 |
| 08-5741-cv(CON) | 05-cv-8195 |
| 08-5744-cv(CON) | 04-cv-7056 |
| 08-5746-cv(CON) | 07-cv-11495 |
| 08-5747-cv(CON) | 05-cv-8687 |
| 08-5748-cv(CON) | 07-cv-5807 |
| 08-5749-cv(CON) | 05-cv-4085 |
| 08-5750-cv(CON) | 05-cv-6200 |
| 08-5751-cv(CON) | 06-cv-14299 |
| 08-5753-cv(CON) | 05-cv-4299 |
| 08-5754-cv(CON) | 05-cv-3955 |
| 08-5755-cv(CON) | 05-cv-3089 |
| 08-5756-cv(CON) | 05-cv-10636 |
| 08-5757-cv(CON) | 07-cv-689 |
| 08-5758-cv(CON) | 05-cv-2943 |

| | |
|---|---|
| 08-5759-cv(CON) | 07-cv-937 |
| 08-5760-cv(CON) | 06-cv-3197 |
| 08-5761-cv(CON) | 08-cv-6978 |
| 08-5762-cv(CON) | 05-cv-6002 |
| 08-5769-cv(CON) | 03-cv-2507 |
| 08-5771-cv(CON) | 06-cv-207 |
| 08-5774-cv(CON) | 07-cv-2690 |
| 08-5775-cv(CON) | 06-cv-3196 |
| 08-5776-cv(CON) | 08-cv-3302 |
| 08-5778-cv(CON) | 06-cv-7100 |
| 08-5779-cv(CON) | 07-cv-3851 |
| 08-5780-cv(CON) | 06-cv-6032 |
| 08-5782-cv(XAP) | 06-cv-3198 |
| 08-5783-cv(CON) | 08-cv-2541 |
| 08-5790-cv(CON) | 05-cv-2434 |
| 08-5792-cv(CON) | 04-cv-1077 |
| 08-5793-cv(CON) | 07-cv-2715 |
| 08-5794-cv(CON) | 03-cv-8845 |
| 08-5796-cv(CON) | 06-cv-6466 |
| 08-5799-cv(CON) | 02-cv-3808 |
| 08-5800-cv(CON) | 04-cv-7504 |
| 08-5802-cv(CON) | 03-cv-1680 |
| 08-5803-cv(CON) | 08-cv-6978 |
| 08-5807-cv(CON) | 02-cv-3804 |
| 08-5808-cv(CON) | 07-cv-1910 |
| 08-5811-cv(CON) | 07-cv-6563 |
| 08-5817-cv(CON) | 07-cv-2690 |
| 08-5821-cv(CON) | 04-cv-3314 |
| 08-5825-cv(CON) | 05-cv-4466 |

| | |
|---|---|
| 08-5829-cv(CON) | 04-cv-6137 |
| 08-5869-cv(CON) | 07-cv-2693 |
| 08-5870-cv(CON) | 05-cv-10380 |
| 08-5872-cv(CON) | 07-cv-11327 |
| 08-5885-cv(CON) | 03-cv-2507 |
| 08-5910-cv(CON) | 05-cv-10382 |
| 08-5913-cv(CON) | 05-cv-10383 |
| 08-5981-cv(CON) | 05-cv-5197 |
| 08-6133-cv(CON) | 05-cv-10380 |
| 08-6135-cv(CON) | 05-cv-10382 |
| 08-6136-cv(XAP) | 06-cv-207 |
| 08-6137-cv(CON) | 05-cv-10383 |
| 08-6138-cv(CON) | 05-cv-4085 |
| 08-6242-cv(CON) | 03-cv-8120 |
| 08-6243-cv(CON) | 07-cv-2690 |
| 08-6249-cv(CON) | 06-cv-6466 |
| 08-6250-cv(CON) | 05-cv-2434 |
| 08-6251-cv(CON) | 08-cv-3302 |
| 08-6252-cv(CON) | 08-cv-2541 |
| 08-6253-cv(CON) | 02-cv-3808 |
| 08-6254-cv(CON) | 05-cv-5197 |
| 08-6255-cv(CON) | 08-cv-6978 |
| 08-6256-cv(CON) | 02-cv-3804 |
| 08-6257-cv(CON) | 03-cv-8845 |
| 08-6260-cv(CON) | 03-cv-2507 |
| 08-6261-cv(CON) | 07-cv-1910 |
| 08-6269-cv(CON) | 07-cv-6563 |
| 08-6270-cv(CON) | 07-cv-5593 |
| 09-0151-cv(CON) | 05-cv-5197 |

| | |
|---|---|
| 09-0155-cv(CON) | 07-cv-5593 |
| 09-0158-cv(CON) | 06-cv-207 |
| 09-0160-cv(CON) | 07-cv-10656 |
| 09-0161-cv(CON) | 05-cv-4085 |
| 09-0163-cv(CON) | 02-cv-4124 |
| 09-0164-cv(CON) | 02-cv-3808 |
| 09-0165-cv(CON) | 02-cv-3804 |
| 09-0525-cv(CON) | 06-cv-6221 |
| 09-0803-cv(CON) | 06-cv-6221 |
| 09-0812-cv(CON) | 06-cv-6221 |